# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-1035
_____

Joan Doe

*Plaintiff - Appellant*

v.

Board of Trustees of the University of Arkansas, in their official capacity; Donald R. Bobbitt, University of Arkansas President and CEO

*Defendants - Appellees*

University of Arkansas School of Law

*Defendant*
_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville
_____

Submitted: December 16, 2024
Filed: December 19, 2024
[Unpublished]
_____

Before GRUENDER, BENTON, and KOBES, Circuit Judges.
_____

PER CURIAM.

Joan Doe, a former law student at the University of Arkansas, appeals following the district court's[1] dismissal of some claims, and adverse grant of summary judgment on the remaining claims, in her pro se action under 42 U.S.C. § 1983 and the Americans with Disabilities Act.  Having carefully reviewed the record and the parties' arguments on appeal, we find no basis for reversal.  See East v. Minnehaha Cnty., 986 F.3d 816, 820 (8th Cir. 2021) (de novo review of dismissal for failure to state claim and of grant of summary judgment).

The judgment is affirmed.  See 8th Cir. R. 47B.

_____

[1]The Honorable P.K. Holmes, III, then United States District Judge for the Western District of Arkansas, took inactive status on October 1, 2024.